UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                          Criminal No. 21-30462

Rapheal Jarrell Smiley

    Defendant(s).

_____/

## MOTION AND BRIEF FOR LEAVE TO
## DISMISS COMPLAINT WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against Rapheal Jarrell Smiley. In this case, the government needs additional time

1) to decide whether criminal prosecution of defendant for the offense(s) in question is in the public interest.

*See generally United States v. Lovasco*, 431 U.S. 783,790-96 (1977); 18 U.S.C. § 3161(d)(1). The government and the defendant have entered into a Pretrial Diversion Agreement, whereby the defendant will be under the supervision of the U.S. Pretrial Services Agency for a period of six months. Provided the defendant satisfactorily completes the period of the diversion, the government will not

reinstate the charges against him. Accordingly, the government requests leave to dismiss the complaint without prejudice.

          Respectfully submitted,

          DAWN N. ISON
          United States Attorney

          *s/Ryan A. Particka*
          Ryan A. Particka
          Assistant United States Attorney
          211 W. Fort Street, Suite 2001
          Detroit, MI 48226
          ryan.particka@usdoj.gov
          (313) 226-9635

Dated: March 16, 2022

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Benton Martin

    *s/Ryan A. Particka*
    Ryan A. Particka
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    ryan.particka@usdoj.gov
    (313) 226-9635